IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES                                          PLAINTIFF

V.                                    NO. 3:17-CV-120-DCB-MTP

KENYATTA RUSSELL                                       DEFENDANT

ORDER

This cause is before the Court on defendant/petitioner Kenyatta[1] Russell's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody **[Doc. 14]** and Motion Under 18 U.S.C. § 3605 to Transfer to Original Court and Jurisdiction **[Doc. 17]**. Having conducted the preliminary review required by Rule 4 of the Rules Governing Section 2255 Proceedings for the United States Courts, the Court finds that the Government must "file an answer, motion or other response" as required by Rule 4.

---

[1] Petitioner's name appears to have been misspelled in proceedings as "Kenyata." Petitioner signs his name as "Kenyatta" in Docs. 16 and 17. The Court will spell petitioner's name as "Kenyatta" from now on.

Accordingly,

IT IS ORDERED that the United States Attorney for the Southern District of Mississippi shall, within 30 days from the date of entry of this Order, respond to the defendant/petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and Motion Under 18 U.S.C. § 3605 to Transfer to Original Court and Jurisdiction.

SO ORDERED, this the 13th day of September, 2018.

                                                                          _/s/ David Bramlette_____
                                                                          UNITED STATES DISTRICT JUDGE