IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

UNITED STATES							PLAINTIFF

V.								NO. 3:17-CR-120-DCB-LRA
								NO. 3:18-CV-368-DCB

KENYATTA RUSSELL							DEFENDANT

ORDER

This cause is before the Court on defendant/petitioner Kenyatta Russell's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody **[Doc. 14]** and Motion Under 18 U.S.C. § 3605 to Transfer to Original Court and Jurisdiction **[Doc. 17]**. Having required the Government to "file an answer, motion or other response" as required by Rule 4, and having read the Government's Responses **[Docs. 20, 21],** the Court GRANTS petitioner's Motion Under 18 U.S.C. § 3605 to Transfer to Original Court and Jurisdiction **[Doc. 17]**. The Government stated it has no objection to the Motion to Transfer the matter to the district court in the Northern District of Mississippi. This Order is contingent upon the Original Court's consent to the transfer.

Accordingly,

IT IS ORDERED that petitioner's Motion Under 18 U.S.C. § 3605 to Transfer to Original Court and Jurisdiction **[Doc. 17]** is GRANTED, provided the Original Court consents.

SO ORDERED, this the 18th day of October, 2018.

                                              _/s/ David Bramlette_____
                                              UNITED STATES DISTRICT JUDGE